IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ULRICH HILLMAN                                                                                    PETITIONER

v.                                    Civil No.    4:19-cv-4138

WENDY KELLY, Director                                                                         RESPONDENT
Arkansas Dept. Of Corrections[1]

ORDER

Came on for consideration **ULRICH HILLMAN**'s Petition for Writ of *Habeas Corpus* pursuant Title 28 U.S.C. §2254. Petitioner submitted the filing fee the day after the Petition was received by the Court..

**IT IS ORDERED** as follows:

1. The Clerk shall file the Petition in this matter.

2. The Court appoints Mr. Travis Morrissey of Hot Springs, Arkansas, to represent the Petitioner in this matter. The Clerk is instructed to provide the appropriate forms to complete this appointment to Mr. Morrissey.

3. Petitioner is directed to file no further *pro se* pleadings in this matter as he now has appointed counsel. Any *pro se* pleadings received will be returned without filing to the Petitioner.

4. The Clerk of the Court is directed to serve, by certified mail, the Petition and supporting documents, as well as a copy of this Order, on the Respondent, Wendy Kelly and the Attorney General of the State of Arkansas without prepayment of fees and cost or security therefor. *See* RULE 4, RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURT. The addresses

---

[1]Petitioner names the "State of Arkansas" as the respondent in this case. The proper respondent is the person having custody of the Petitioner. The Clerk is directed to substitute **WENDY KELLY, Director Arkansas Dept. Of Corrections** as the Respondent in this matter.

-1-

to be used are as follows:

> Wendy Kelly
> Arkansas Department of Correction, Compliance Division
> P.O. Box 20550
> Whitehall, AR 71612
>
> Leslie Rutledge
> Office of the Attorney General
> 323 Center Street, Suite 200
> Little Rock, AR 72207

The following **SCHEDULING ORDER** is established:

1. Pursuant to Rule 5 of the Rules Governing §2254 Cases, the Respondent shall file her Response to the Petition on or before November 22, 2019.

2. Petitioner, through appointed counsel, may file any Reply on or before December 27, 2019.

3. Discovery is permissible in this matter only with leave of Court. *See* Rule 6, Rules Governing §2254 Cases

The Clerk is directed to return a copy of this Order to the Petitioner.

**SIGNED** this **17th day of October 2019.**

/s/ *[signature]*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE