IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ULRICK HILLMAN                                                                            PETITIONER

v.                                          Civil No. 4:19-cv-4138

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                        RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed July 20, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 20). Petitioner has filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Judge Bryant recommends that Petitioner's claims should be dismissed because they have been procedurally defaulted, with no basis existing to excuse the procedural default. Alternatively, Judge Bryant recommends that Petitioner's claims should be dismissed because they fail on the merits. Finally, Judge Bryant recommends that no certificate of appealability should issue.

Petitioner has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. Accordingly, Petitioner's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (ECF No. 1) is hereby **DENIED**. This case is **DISMISSED WITH PREJUDICE**. No certificate of appealability shall issue.

**IT IS SO ORDERED**, this 7th day of August, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge